RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/22/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DIANA BLASINGAME | DOCKET NO. 6:09-cv-2117 |
| VERSUS | JUDGE MELANÇON |
| MICHAEL BLASINGAME, RENEE BLASINGAME, AND MONTY JOE BLASINGAME | MAGISTRATE JUDGE HANNA |

### ORDER

Considering the order of October 22, 2010 requiring John S. Morgan and Philip R. Klein to appear and show cause why they should not be sanctioned for making false or misleading representations to this Court,

**IT IS HEREBY ORDERED** that John S. Morgan and Philip R. Klein shall appear and show cause at a hearing to be held at 9:30 a.m. on November 24, 2010, before the undersigned magistrate judge, in Courtroom 7 of the United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana.

Signed at Lafayette, Louisiana, on October 22, 2010.

PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE